[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 18-12086
Non-Argument Calendar

————————————————

D.C. Docket No. 0:17-cr-60305-FAM-2

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERICK IRIGOYEN,

Defendant - Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Florida

————————————————

(May 3, 2019)

Before MARCUS, MARTIN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Erick Irigoyen appeals his conviction and 10-year sentence for conspiring to

possess with intent to distribute 50 grams or more of methamphetamine, in

violation of 21 U.S.C. § 846.  Irigoyen's appointed counsel, however, maintains that there are no meritorious issues to raise on appeal and requests permission to withdraw.  See Anders v. California, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967) ("[I]f counsel finds [the defendant's] case to be wholly frivolous, after a conscientious examination of it, he should so advise the court and request permission to withdraw.").  In support of his motion to withdraw, appointed counsel filed an Anders brief "referring to anything in the record that might arguably support the appeal."  Id.  On September 27, 2018, this Court sent Irigoyen a copy of counsel's Anders brief and notified Irigoyen that he had 30 days to respond to his counsel's request to withdraw.  As of March 18, 2019, we have not received a response from him.

We have carefully and thoroughly reviewed the record.  We conclude that there are no "legal points arguable on their merits," and that any appeal would be "wholly frivolous."  Id.  We therefore **AFFIRM** Irigoyen's conviction and sentence and **GRANT** counsel's motion to withdraw.

2